A13A0522. TAYLOR v. THE STATE.
(738 SE2d 347)

DOYLE, Presiding Judge.
Harry Brett Taylor filed a direct appeal from the trial court's denial of his pre-trial plea in bar based upon an alleged violation of his constitutional right to a speedy trial. The Supreme Court of Georgia has ruled, however, that such a claim is not directly appealable and that a defendant must follow the interlocutory appeal procedures of OCGA § 5-6-34 (b).[1] Taylor's appeal is therefore dismissed.[2]

*Appeal dismissed. McFadden and Boggs, JJ., concur.*

---

[1] See *Sosniak v. State*, 292 Ga. 35, 40 (2) (734 SE2d 362) (2012); *Stevens v. State*, 292 Ga. 218 (734 SE2d 743) (2012).

[2] See id. See also *Morris v. State*, 319 Ga. App. 198 (734 SE2d 926) (2012).

DECIDED FEBRUARY 14, 2013 —
RECONSIDERATION DENIED MAY 10, 2013

*Chandler, Britt, Jay & Beck, Walter M. Britt*, for appellant.
*Daniel J. Porter, District Attorney, Wesley C. Ross, Assistant District Attorney*, for appellee.